AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

Blake Sandlain
_____
Petitioner

v.

(FCI) Milan Warden, and
Community Corrections Manager
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case: 2:24-cv-12501
Judge: Parker, Linda V.
MJ: Grand, David R.
Filed: 09-24-2024 At 01:11 PM
HC BLAKE SANDLAIN V FCI MILAN WARDEN, ET AL (LG)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Blake Sandlain
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: (FCI) Milan
   (b) Address: P.O. Box 1000
      Milan Michigan 48160
   (c) Your identification number: 12250088
3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Eastern District of Michigan District Court
      (b) Docket number of criminal case: 14-20283
      (c) Date of sentencing: May 2015
   ☐ Being held on an immigration charge
   ☐ Other *(explain):* Violation of 21 USC. 922(g), and Violation of 21 U.S.C. 841 (B)(1)(B)

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: The FBOP Not adhering to applying my (FSA) time credits and Second Chance Act Consistent with 18 U.S.C. 3624(g)(1)(A), that requires Placing me in the Halfway house or Home Confinement

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: N/A

   (b) Docket number, case number, or opinion number: N/A
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: N/A

   (d) Date of the decision or action: N/A

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: (FCI) Milan
      (2) Date of filing: I tried to file the BP-8 on 9/4/24, but No staff would file it (See memorandum of law attached)
      (3) Docket number, case number, or opinion number:
      (4) Result: N/A
      (5) Date of result: N/A
      (6) Issues raised: See Copy of BP-8 attached, and Memorandum of Law attached

   (b) If you answered "No," explain why you did not appeal: I tried to file the BP-8 on 9/4/2024 but my Counselor has not been back in his office since to process, and no other staff will process it. See Memorandum of Law

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: N/A
    (2) Date of filing: N/A
    (3) Docket number, case number, or opinion number: N/A
    (4) Result: N/A
    (5) Date of result: N/A
    (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal: You can not file a BP-9, without the BP-8 being processed.

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: N/A
    (2) Date of filing: N/A
    (3) Docket number, case number, or opinion number: N/A
    (4) Result: N/A
    (5) Date of result: N/A
    (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal: You can not file a BP-10, without the BP-8 being processed.

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes    ☒ No

Page 4 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
❏ Yes     ❏ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
❏ Yes     ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
❏ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: N/A
(3) Case number: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court: N/A
(c) Date of filing: N/A
(d) Docket number, case number, or opinion number: N/A
(e) Result: N/A
(f) Date of result: N/A
(g) Issues raised: N/A

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The FBOP not adhering to applying my (FSA) time credits and Second Chance Act consistent with 18 U.S.C. 3624(g)(1)(A), that Requires placing me in the Halfway House or Home Confinement

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See, Memorandum of Law Attached

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes           ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes           ☒ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes           ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: See Memorandum of Law attached

**Request for Relief**

15. State exactly what you want the court to do: Grant 2241, and order that the B.O.P adhere to the mandate of 18 U.S.C. 3624(g)(1)(A), and place petitioner immediately in the Halfway House or Home Confinement, as Petitioner approved date of September 10, 2024 that the BOP approved me to go to the Halfway House has passed. Appoint counsel pursuant to 18 U.S.C. 3006(A).

Page 8 of 9

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
_September 15, 2024_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _September 15, 2024_         _Blake Sandlin_
                                    Signature of Petitioner

                                    _____
                                    Signature of Attorney or other authorized person, if any

# FSA Time Credit Assessment
Register Number:12250-088, Last Name:SANDLIN

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number....: 12250-088            Responsible Facility: MIL
Inmate Name                               Assessment Date.....: 07-29-2024
  Last.............: SANDLIN              Period Start/Stop...: 12-21-2018 to 07-29-2024
  First............: BLAKE                Accrued Pgm Days....: 1932
  Middle...........: JOSEPH               Disallowed Pgm Days.: 115
  Suffix...........:                      FTC Towards RRC/HC..: 310
Gender.............: MALE          ★✗ ★  FTC Towards Release.: 365 ✗✗✗
Start Incarceration: 05-07-2015           Apply FTC to Release: Yes
```

```
Start        Stop         Pgm Status   Pgm Days
12-21-2018   07-03-2021   accrue       925
  Accrued Pgm Days...: 925
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 300
```
---
```
Start        Stop         Pgm Status   Pgm Days
07-03-2021   10-19-2021   disallow     108
  Not in qualifying admit status
```

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| 9-S | ARS | A-ADMIT | 07-02-2021 0719 | 08-19-2021 1102 |
| MCD | ARS | FED WRIT | 07-02-2021 0719 | 10-20-2021 1700 |
| 9-S | ARS | RELEASE | 08-19-2021 1102 | 08-19-2021 1102 |
| MIL | ARS | A-BOP HLD | 08-19-2021 1102 | 09-28-2021 1050 |
| MIL | ARS | HLD REMOVE | 09-28-2021 1050 | 09-28-2021 1050 |
| A02 | ARS | A-ADMIT | 09-28-2021 1050 | 09-28-2021 1545 |
| OKL | ARS | A-HLD | 09-28-2021 1445 | 10-20-2021 0800 |
| A02 | ARS | RELEASE | 09-28-2021 1545 | 09-28-2021 1545 |

---
```
Start        Stop         Pgm Status   Pgm Days
10-19-2021   06-14-2023   accrue       603
  Accrued Pgm Days...: 603
  Carry Over Pgm Days: 25
  Time Credit Factor.: 10
  Time Credits.......: 200
```
---
```
Start        Stop         Pgm Status   Pgm Days
06-14-2023   06-21-2023   disallow     7
  Not in qualifying admit status
```

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| MCD | ARS | TRANSFER | 06-13-2023 0711 | 06-13-2023 0711 |

---

Assessment Date: 07-29-2024          (1)          Assessment# -2144751575

Exhibit (A)

## FSA Time Credit Assessment
Register Number:12250-088, Last Name:SANDLIN

**U.S. DEPARTMENT OF JUSTICE**                                         **FEDERAL BUREAU OF PRISONS**

```
    9-S        ARS        A-ADMIT     06-13-2023 0711   06-13-2023 1610
    OKL        ARS        A-BOP HLD   06-13-2023 1510   06-22-2023 0845
    9-S        ARS        RELEASE     06-13-2023 1610   06-13-2023 1610
```
---
```
Start        Stop         Pgm Status   Pgm Days
06-21-2023   12-23-2023   accrue       185
  Accrued Pgm Days...: 185
  Carry Over Pgm Days: 28
  Time Credit Factor.: 10
  Time Credits.......: 70
```
---
```
Start        Stop         Pgm Status   Pgm Days
12-23-2023   07-29-2024   accrue       219
  Accrued Pgm Days...: 219
  Carry Over Pgm Days: 3
  Time Credit Factor.: 15
  Time Credits.......: 105
```
--- FSA Assessment -------------------------------------------------------------

| #   | Start      | Stop       | Status | Risk Assignment | Risk Asn Start   | Factor |
|-----|------------|------------|--------|-----------------|------------------|--------|
| 001 | 12-21-2018 | 01-18-2019 | ACTUAL | FSA R-MED       | 04-28-2021 1008  | 10     |
| 002 | 01-18-2019 | 07-17-2019 | ACTUAL | FSA R-MED       | 04-28-2021 1008  | 10     |
| 003 | 07-17-2019 | 01-13-2020 | ACTUAL | FSA R-MED       | 04-28-2021 1008  | 10     |
| 004 | 01-13-2020 | 07-11-2020 | ACTUAL | FSA R-MED       | 04-28-2021 1008  | 10     |
| 005 | 07-11-2020 | 01-07-2021 | ACTUAL | FSA R-MED       | 04-28-2021 1008  | 10     |
| 006 | 01-07-2021 | 07-06-2021 | ACTUAL | FSA R-MED       | 04-28-2021 1008  | 10     |
| 007 | 07-06-2021 | 01-02-2022 | ACTUAL | FSA R-MED       | 04-28-2021 1008  | 10     |
| 008 | 01-02-2022 | 07-01-2022 | ACTUAL | FSA R-MED       | 10-25-2021 1315  | 10     |
| 009 | 07-01-2022 | 12-28-2022 | ACTUAL | FSA R-MED       | 04-21-2022 0832  | 10     |
| 010 | 12-28-2022 | 06-26-2023 | ACTUAL | FSA R-LW        | 10-02-2022 1055  | 10     |
| 011 | 06-26-2023 | 12-23-2023 | ACTUAL | FSA R-LW        | 03-30-2023 0853  | 10     |
| 012 | 12-23-2023 | 06-20-2024 | ACTUAL | FSA R-LW        | 07-18-2023 0831  | 15     |
| 013 | 06-20-2024 | 12-17-2024 | ACTUAL | FSA R-LW        | 01-04-2024 0741  | 15     |

Assessment Date: 07-29-2024                    (2)                    Assessment# -2144751575

Exhibit (A)

```
 MILBA   540*23  *        SENTENCE MONITORING           *    04-01-2024
 PAGE 001         *         COMPUTATION DATA            *    12:01:28
                             AS OF 04-01-2024

 REGNO..: 12250-088 NAME: SANDLIN, BLAKE JOSEPH


 FBI NO...........: 381112AA3          DATE OF BIRTH: 12-13-1964 AGE:  59
 ARS1.............: MIL/A-DES
 UNIT.............: 7 LCP              QUARTERS.....: A05-206U
 DETAINERS........: NO                 NOTIFICATIONS: NO

 FSA ELIGIBILITY STATUS IS: ELIGIBLE

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

 HOME DETENTION ELIGIBILITY DATE....: 12-07-2025

 FINAL STATUTORY RELEASE FOR INMATE.: 06-07-2027 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 365  DAYS
 THE INMATE IS PROJECTED FOR RELEASE: 06-07-2026 VIA FSA REL


 -----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

 COURT OF JURISDICTION............: MICHIGAN, EASTERN DISTRICT
 DOCKET NUMBER....................: 14CR20283-1
 JUDGE............................: DRAIN
 DATE SENTENCED/PROBATION IMPOSED: 05-07-2015
 DATE COMMITTED...................: 06-24-2015
 HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.:  $200.00         $00.00           $00.00         $00.00

 RESTITUTION...:  PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

 ---------------------------CURRENT OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....:   380     21:841 SCH I NARCOTIC
 OFF/CHG: 18:922(G)(1) AND 18:924(A)(2) FELON IN POSSESSION OF A FIREARM
          COUNT 1;21:841(A)(1),21:841(B)(1)(B) POSSESSION WITH INTENT
          TO DISTRIBUTE CONTROLLED SUBSTANCES,AT LEAST 100 GRAMS OF
          HEROIN,COUNT 2

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     180 MONTHS
  TERM OF SUPERVISION............:       4 YEARS
  DATE OF OFFENSE................: 04-29-2014




 G0002        MORE PAGES TO FOLLOW . . .
```

Exhibit (B)

```
   MILBA  540*23  *         SENTENCE MONITORING            *    04-01-2024
PAGE 002 OF 002  *           COMPUTATION DATA              *    12:01:28
                              AS OF 04-01-2024

REGNO..: 12250-088 NAME: SANDLIN, BLAKE JOSEPH



-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-06-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-04-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-07-2015
TOTAL TERM IN EFFECT............:   180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    15 YEARS
EARLIEST DATE OF OFFENSE........: 04-29-2014

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    05-08-2014     05-06-2015

TOTAL PRIOR CREDIT TIME.........: 364
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 700
TOTAL GCT EARNED................: 376
STATUTORY RELEASE DATE PROJECTED: 06-07-2027
ELDERLY OFFENDER TWO THIRDS DATE: 05-08-2024
EXPIRATION FULL TERM DATE.......: 05-07-2029
TIME SERVED.....................:       9 YEARS    10 MONTHS      25 DAYS
PERCENTAGE OF FULL TERM SERVED..:  66.0
PERCENT OF STATUTORY TERM SERVED:  75.6

PROJECTED SATISFACTION DATE.....: 06-07-2026
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365

REMARKS........: 9-8-16 UPDATED DIS/GCT R/KMM. 7-27-17 UPDTD DIS/GCT R/DLB.
                 9-29-17 UPDATED DIS/GCT(EXPUNGED) R/JSC
                 1-6-20 GCT UPDATED PURSUANT TO FSA R/JMD.




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit (B)

9-4-24
ARG

Attachment B/Part 1
FCI/FDC Milan, Michigan
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name: **Blake Sandlain**

Registration Number: **12250088**    Housing Unit: **A-206**

## ATTEMPT AT INFORMAL RESOLUTION:

1. Briefly state the complaint and requested corrective actions. On or around July 24, 2024 my Halfway House Packet was submitted which i was approved and given a Release date of September 10, 2024. Subsequently, there- after on September 4, 2024 Case Manager Cowan called me into her office and informed me that the Community Corrections Manager (CCM) told her that there's been some bed space diff- iculties in the Halfway house, and that my approved date of September 10, 2024 to be Released has been Rescinded, and Reset for a Release date of March 4, 2025. The Reset of my already approved date of September 10, 2024 to go to the Halfway House, to a New date of March 4, 2025 is violating 18 USC 3624(g)(1)(A) as my (FSA) time credits and the Second Chance Act entitles me to be Released on my September 10, 2024 date.

2. Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved. To Resolve this matter at this level, I'm Requesting pursuant to B.O.P. Home confinement Policy 7320.01 sub-section (6), that the Community Corrections Manager (CCM) is contacted to see if for extraord- inary circumstances like mine where i've been given a date for Release, Policy statement 7320.01 authorizes such actions by the (CCM) to place me on Home- confinement when extraordinary circumstances arise. It should be noted th- at i have a home to be placed on Home confinement.

Inmate Signature:_____    Date: _____

Inmate Printed Name:_____

Unit Counselor Signature: _____    Date:_____

Unit Counselor Printed Name: _____

Exhibit (C)



## MEMORANDUM OF LAW IN SUPPORT OF 2241

As a preliminary matter, Petitioner respectfully request that this Honorable Court be mindful that pro se pleadings are to be construed liberall. See, <u>Haines v. Kerner</u>, 404 U.S. 519 (1972)(Per Curium).

### ISSUE PRESENTED

When the B.O.P. calculated Petitioner's (FSA) credits of ten months, in addition with the twelve months pursuant to the Second Chance Act and gave Petitioner a release date of September 10, 2024, to go to the halfway house but subsequently rescinded that date and reset the date to march 4, 2025, did that decision violate the mandate of 18 U.S.C. 3624(G)(1)(A), 18 USC 3632(d)(4)(c)?

### BACKGROUND FACTS

On or around June 24, 2024, my halfway house packet was submitted with a recommendation of ten months of (FSA) credits I earned. See, (FSA) Time Credit Assessment Sheet attached as EXHIBIT A. In addition with the recommendation of the ten months, Petitioner was also recommended an additional twelve months pursuant to the Second Chance Act which was granted by the community corrections manager (CCM) with a release date to the halfway house of September 19, 2024. See, Sentencing Monitoring Computation Sheet (FSA) release date of June 7, 2026. EXHIBIT (B) attached to prove that the ten months of (FSA) credits, along with the twelve months pursunat to the Second Chance Act was used to extablish petitioner release date to the halfway house September 10, 2024. If you subtract my three hundred and ten days I earned toward the halfway house from my June 7, 2026 release date in EXHIBIT (B), that will give you a date of September 2025, and in addition if you subtract the twelve months pursuant to the Second Chance

pg 1

Act from the (FSA) release date of June 7, 2025 in EXHIBIT (B), that'll give you a release date of September 2024 as was approved by the Community Corrections Manager (CCM) for Petitioner to be released to the helfway house on September 10, 2024.

Subsequently, thereafter on September 4, 2024 case manager Cowan called me into her office and informed me that the community corrections manager (CCM) told her that there's been some bed space difficulties in the halfway house, and that my approved date of September 10, 2024 date to be released to the halfway house has been resinded due to no bed space in the haslfway house, and reset for a release date of March 4, 2025.

## LEGAL AUTHORITY ON WHY THE 2241 SHALL BET GRANTED

<u>Alphonso Woodley v. Warden USP Leavenworth</u>, LEXIS # 87521 (10th Cir. 2024) is instructive in helping this Honorable Court to resolve the same facts occurring in Petitioners case. In <u>Alphonsowoodley</u> supra, Alphonso filed a 2241 asserting that he had accumulated first step act credits, as well as one year for participating in the Residential Drug Abuse Treatment Program (RDAP) that mandated him to be placed in the halfway house based on these two calculations, but the BOP refused stating that it was in their discretion to place him in the halfway house, and that bed space prevented placement in the halfway house.

But the Tenth Circuit answered the federal question on whether the B.O.P. violated federal law pursuant to 18 U.S.C. 3624(g)(i)(A)18 U.S.C. 3632(d)(4)(c) by not transfering petitioner to the halfway house after he had accumlated the applicable (FSA) credits to be placed in halfway house. It was determined that no where in 18 U.S.C. 3624(g)(A)18 U.S.C. 3632(d)(4)(c) does a vailability of bed space allows placement in the halfway house discretionary, nor was it discretionary that the B.O.P. could place a inmate in the halfway house once he accumulated the applicable (FSA) credits to be placed.

pg 2

The Sixth Circuit case of Arthur s. Weiss v. I Healy Warden, LEXIS# 77574 (6th Cir. 2024) is instructive as well, as the Six Circuit has determined unit team may recommend placement in the halfway house based on (FSA) earned timed credits in conjunction with the Second Chance Act (2007), as was used to approve petitioner for a September 10, 2024 placement in the helfway house.

To allow the B.O.P. to recind my already approved September 10, 2024 date to be sent to the halfway house based on there's no bed space, and set my date to March 4, 2025 would be in direct violation of 18 USC, 3632. And despite the fact of bed space difficulties the halfway house is experiencing, the community corrections manager (CCM) has the option to utilize home confinement policy 7320.01 for extraordinary circumstances like mine, where I've already been given a September 10, 2024 release date.

### PETITIONER WOULD LIKE TO EVOKE THE EXCUSED EXCEPTION FOR NOT RESOLVING THIS ISSUE THROUGH THE ADMINISTRATIVE REMEDY PROCESS

Petitioner assert that he was given the attached BP-8 by counselor Gregory on September 4, 2024, which clearly shows his signature and the date of September 4, 2024 in the upper right hand corner of the BP-8, the date he gave me the BP-8. Since then counselor Gragory has not been back in his office since September 4, 2024 for Petitioner to give him the BP-8 for processing, nor will any other available counselor or unit team process the BP-8 stating I'm not on their case load. See, Sango v. Fleury, 2022 U.S. App. LEXIS 12111 (6th Cir. 2022)("Holding when administrative remedy process is thwarted by administrators that deprives the inmate from taking advantage of the administrative remedy process, the administrative remedy process may be excused").

## CONCLUSION

Petitioner assert that jurisdiction to hear this matter is a federal question, whether the B.O.P. is adhering to 18 U.S.C. 3632(b)(4)(c) that mandates the B.O.P. to place inmates in the halfway house or home confinement, when the (FSA) credtis and time given under the Second Chance Act equals up to the (FSA) credits and time given under the Second Chance Act equals up to the (FSA) Release date.

## RELIEF REQUESTED

GRANT the 2241, and order that petitioner is placed in the halfway house or home confinement consistent with the mandate of 18 U.S.C. 3632(b)(4)(c) immediately, as petitioner already approved date of September 10, 2024 date to go to the halfway house has passed. Appoint counsel pursuant to 18 U.S.C. 300(6)(A).

Respectfully submitted,            Date:

*Blake Sandlain*                   September 15, 2024

Blake Sandlain ID:12250088
FCI - Milan
P.O. Box 1000
Milan, MI  48160

pg 4

Blake Sandiain #12250098
Federal Correction Institution
P.O. Box 1000
Milan, Michigan 48160

Clerk of the Court
U.S. District Court
231 West Lafayette Blvd.
Detroit, Michigan 48226