IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BLAKE SANDLAIN
   Petitioner

V

(FCI) MILAN WARDEN, AND
RESIDENTIAL Reentry Management
         Respondent

Case: 2:24-cv-12501
Judge: Parker, Linda V.
MJ: Grand, David R.
Filed: 09-24-2024 At 01:11 PM
HC BLAKE SANDLAIN V FCI MILAN WARDEN, ET AL (LG)

## MOTION FOR EXPEDITED HEARING ON 2241

Comes Now, Petitioner Blake Sandlain Requesting expedited hearing on 2241. In support of his Request, Petitioner states the following:

Petitioner contends that since he should have been Released September 10, 2024, that the expedited commands of 28 U.S.C. 2243 allows this honorable court to Require the Respondents to Respond within (3) day's, and to adjudicate the motion within (5) day's.

## RELIEF REQUESTED

Place the 2241 on docket, and expedite a Response and adjudication within (10) days.

Date: September 15, 2024

Blake Sandlain
Blake Sandlain # 12250088
(FCI) Milan
P.O. Box 1000
Milan, Michigan 48160

Blake Sandlain #12250088
Federal Correction Institution
P.O. Box 1000
Milan, Michigan 48160

Clerk of the Court
U.S. District Court
231 West Lafayette Blvd.
Detroit, Michigan 48226

U.S. Marshals