IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

3

BLAKE SANDLAIN
Petitioner

Judge: Unassigned

Case No. 24-12501 Unassigned

FILED
OCT -3 2024
CLERK'S OFFICE
DETROIT

## PETITIONER'S MOTION FOR ISSUANCE OF SHOW CAUSE ORDER

Comes now Blake Sandlain ("Hereafter Petitioner") hereby moves this Court to issue an order Requiring the Respondents to show cause as to why Petitioner 28 U.S.C. 2241 should not be granted, pursuant to Rules governing 28 U.S.C. 2241, Rule 28 U.S.C. 2243. In support, Petitioner shows the Court the following:

### BACKGROUND FACTS

Petitioner presented a 28 U.S.C. 2241 alleging Respondents are causing adverse effect in the execution of his sentence, by violating the Federal First Step Act of (2018) Statutes 18 USC 3624(G), and 18 U.S.C. 3632(d)(4)(C) that mandates Respondents to place Petitioner in prerelease custody.

### LEGAL AUTHORITY THAT REQUIRES THE ISSUING OF A SHOW CAUSE ORDER

Pursuant to 28 U.S.C. 2243 governoring 28 U.S.C. 2241. The Courts Shall order the Respondent to show cause why the writ should not be granted, within three day's, not exceeding twenty day's when

(1)

good cause is shown by Respondent. Alexander v Bureau of Prisons, 419 fed Appx 544 (6th cir 2011)(quoting 28 U.S.C. 2243).

In addition as Alexander v Bureau of Prisons supra Requires. The person to whom the writ or order is directed shall make a Return certifying the true cause of the detention, which not more than five days after the Return a hearing shall be held five days later. See, Alexander v Bureau of Prisons, 419 fed Appx 544 (6th cir 2011).

## RELIEF REQUESTED

Petitioner assert that a $5,600 dollar money order was included with the filing of the 2241 Petition September 17, 2024 which twelve day's has elapsed and no show cause order has issued to Respondents, wherefore Petitioner Request that this honorable Court issue a show cause order to Respondents to show why the 2241 shall not be Granted.

Date September 29, 2024

Blake Sandlain
Blake Sandlain # 12250088
(FCI) Milan
P.O. Box 1000
Milan, Michigan 48160


(2)

BLAKE Sandlain
12250088
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
30 SEP 2024 PM 4 L

Clerk of the Court
U.S. District Court
231 West Lafayette Blvd
Detroit, Michigan 48226

48226-277758