# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BLAKE SANDLAIN,

       Petitioner,            Case Number: 2:24-CV-12501

v.                                HON. GERSHWIN A. DRAIN
                                 UNITED STATES DISTRICT JUDGE

Warden, FCI Milan,

       Respondent.
_____,

## OPINION AND ORDER DISMISSING CASE WITHOUT PREJUDICE

Blake Sandlain, a federal prisoner proceeding pro se, has filed a petition under 28 U.S.C. § 2241. Because Petitioner has been enjoined from filing lawsuits in this Court without first obtaining leave of the presiding judge, and such leave has not been granted, the Court dismisses the complaint.

In 2018, after reviewing Petitioner's voluminous and vexatious litigation history, the Court enjoined him from filing any new actions in this district "without first petitioning for and obtaining leave from the presiding judge of this Court." *See* 2/15/18 Order Enjoining Petitioner, *Sandlain v. United States*, No. 14-cr-20283 (ECF No. 119). Petitioner has not alleged or demonstrated that he received permission from the presiding judge to file this lawsuit.

Accordingly, Petitioner is barred from initiating this action and the petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

Petitioner's motion for order to show cause (ECF No. 4) is DENIED AS MOOT.

SO ORDERED.

Dated: October 9, 2024 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 9, 2024, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager