# IN THE UNITED STATES COURT OF APPEALS
# SIXTH CIRCUIT

BLAKE SANDLAIN
    Petitioner

Judge: Gershwin A. Drain

Case No: 2:24-CV-12501

VS

UNITED STATES DISTRICT JUDGES, EASTERN DISTRICT OF MICHIGAN: (Gershwin A Drain),



FILED
OCT 17 2024
CLERK'S OFFICE
DETROIT

## MOTION TO REQUEST THAT A WRIT OF MANDAMUS ISSUE

Comes Now Blake Sandlain ("Hereafter Petitioner"), hereby moves this honorable court to issue a writ of mandamus. In support of this request, Petitioner states the following:

### BACKGROUND FACTS

Petitioner presented a 28 U.S.C. 2241 with motion for expedited consideration on September 17, 2024, alleging that B.O.P. Respondents are causing adverse effect in the execution of his sentence by violating the federal First Step Act of (2018) statutes 18 U.S.C. 3624(G), and 18 U.S.C. 3632(d)(4)(C) that mandates Respondents to place Petitioner in Pre-Release custody once the earned (FSA) credit equals up to the (FSA) Release date.

(1)

The B.O.P. had calculated Petitioner (FSA) earned time credits in conjunction with the Second Chance Act of (2007), and set Petitioner a Release date of September 10, 2024 do to the calculation added up for placement in Halfway House Pre-Release Custody.

Subsequently, thereafter on September 4, 2024 six days before Petitioner were do to be Released, the B.O.P. Rescinded the September 4, 2024 Release date and Reset it to a March 4, 2025 date. This subsequent Resetting of the Release date, is what violates the First Step Act of (2018) Federal Statute of 18 U.S.C. 3624(G), and 18 U.S.C. 3632(d)(4)(c), and Requires this honorable court to issue a Writ of Mandamus for the lower courts to hear the 28 U.S.C. 2241 as Petitioner is incarcerated beyond the time he should be incarcerated.

### LEGAL AUTHORITY TO GRANT THE WRIT OF MANDAMUS

Petitioner contend that pursuant to the Civil Rules Procedure Rule (4). The District Court has failed in it's duty to issue a order to Show Cause to the B.O.P., which thirteen day's has elapsed without a order to Show Cause entering to the B.O.P.

The District Court dereliction of duty to adhere to Civil Rules of Procedure Rule (4) Screening Process of 28 U.S.C. 2241, is inevitably going to have a adverse effect on the Mandate of 28 U.S.C. 2243 applicable time Requirements for 28 U.S.C. 2241. See, McClellan v. Young, 421 F.2d 690 (6th Cir. 1970) ("Section 2243 imposes specific duty on court to summarily hear and dispose of habeas petitions Glynn v. Donnelly, 470 F.2d 95 (1st Cir. 1972) (same), Van Buskirk v. Wilkinson, 216 F.2d 735 (9th Cir. 1954) (same).

2

## CONCLUSION

Petitioner contends that he can not get to the commands of 28 U.S.C. 2243 time periods the Courts are required to adhere to, if their failing in their duty's to issue a Show Cause order to the B.O.P. pursuant to Rule of Civil Procedure Rule (4).

## RELIEF REQUESTED

Petitioner Request that this honorable court issue a writ of Mandamus, instructing the lower district court to adhere to Civil Rule of Procedure (4) by issuing a Show Cause Order to the B.O.P. why the Writ of habeas Corpus shall not issue. Appoint Counsel pursuant to 18 U.S.C. 3006(A).

## CERTIFICATE OF SERVICE

Petitioner, states that a copy of this motion has been placed in the U.S. Postal mail to:

U.S. District Judges
Eastern District of Michigan
231 West Lafayette Blvd
Detroit, Michigan 48226

U.S. Court of Appeals
Six Circuit
100 E. Fifth Street
Room # 540
Cincinnati, Ohio 45202

Date: October 6, 2024

Blake Sandlain

Blake Sandlain #12250088
(FCI) Milan
P.O. Box 1000
Milan, Michigan 48160

(3)

Blake Sandlain
NAME
13350088
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

"Motion for Writ of Mandamus"

METROPLEX MI 480
7 OCT 2024 PM 7 L

Judge: Gershwin A. Drain
U.S. District Court
231 West Lafayette Blvd
Detroit, Michigan 48226

48226-279426