IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

③

BLAKE SANDLAIN
    Petitioner

Judge: GERSHWIN A DRAIN

Case No: 2:24-cv-1250

VS.

(FCI) MILAN WARDEN, AND
RESIDENTIAL REENTRY
MANAGER (RRM)
    Respondents



FILED
OCT 21 2024
CLERK'S OFFICE
DETROIT

## MOTION REQUESTING LEAVE OF THE COURT TO HEAR THE 2241 ALREADY FILED WITH THE COURTS

Comes now Blake Sandlain ("Hereafter Petitioner") presents this Request for leave of the Court to hear the 2241 already filed with the Courts. In support of this Request, Petitioner states the following:

### BACKGROUND FACTS

Petitioner contend that he filed and payed the $5.00 dollar filing fee for the present 2241 pending with this Court under the above civil number, and literally forgot that i had to obtain leave from this honorable Court, intill i received a opinion and order dismissing the Case without prejudice.

## RELIEF REQUESTED

Wherefore, Petitioner Request that leave from this Court is considered to hear the pending 2241 on the docket with the Courts, and petitioner apologize to the Court for jumping the gun and filing the 2241 without obtaining leave of the Court first.

Date: October 15, 2024

Blake Sandlain
Blake Sandlain # 12250088
(FCI) Milan
P.O. Box 1000
Milan, Michigan 48160

BlAke Sonstein
12250098
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
16 OCT 2024 PM 2 L

Clerk of the Court
U.S. District Court
231 West Lafayette Blvd
Room #564
Detroit, Michigan 48226

48226-271839