IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BLAKE SANDLAIN
    Petitioner

CIVIL NO: 2:24-CV-12501

CRIM NO: 14-CR-20283

VS.

HON: Gershwin A Drain

(FCI) MILAN WARDEN, AND
RESIDENTIAL REENTRY
MANAGEMENT
    Respondents

FILED
OCT 30 2024
CLERK'S OFFICE
DETROIT

## EXPEDITED CONSIDERATION TO GRANT LEAVE OF THE COURT ON PENDING 2241 IN THE ABOVE CASE NUMBER

Comes Now, Petitioner in Pro Se, Requesting expedited leave of the Court to issue a Order to Show Cause to Respondents. In Support of this Request, Petitioner states the following:

### BACKGROUND FACTS

Petitioner filed a 2241 and paid the filing fee without seeking leave of the Court first, do to he forgot that he had to obtain leave of the Court first. This honorable Court dismissed the case without prejudice, and Petitioner Request that expedited leave of

the Court is granted to issue a Order to Show Cause why the Petition Shall Not be granted, as Petitioner is being held incarcerated in violation of federal law, by Respondents who are violating the First Step Act of (2018) (FSA) time credits process that allows Petitioner to be placed in the Halfway House.

## RELIEF REQUESTED

Petitioner Request that leave of the Court is Granted and that Respondents is Order to Show Cause why the Writ Shall Not be Granted.

October 24, 2024

Blake Sandlain

Blake Sandlain # 12250088
(FCI) Milan
P.O. Box 1000
Milan, Michigan 48160

