IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BLAKE SANDLAIN
    Petitioner

Case No: 2:24-CV-12501

VS.

Judge: Gershwin A Drain

FILED
NOV 22 2024
CLERK'S OFFICE
DETROIT

(FCI) MILAN WARDAN
    Respondent

## MOTION TO INQUIRE ABOUT WHEATHER LEAVE OF THE COURT IS GOING TO BE GRANTED ON 2241 PENDING WITH COURT

Petitioner filed a Petition for 2241 without Requesting leave of the Court, in which this Court dismissed the case without prejudice.

Since then petitioner has Resubmitted a motion Requesting leave of the Court approx two weeks ago, in which no actions has been tooken by this Court.

### Relief Requested

Petitioner would like for this Court to determine whether leave will be granted or not, and if so issue a order to show cause to Respondents

November 17, 2024

Blake Sandlain
BLAKE SANDLAIN #12250088
P.O. BOX 1000
Milan Michigan 48160

BLAKE SONSTEIN
NAME
13250098
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
18 NOV 2024 PM 5 L

Clerk of the Court
U.S. District Court
231 West Lafayette Blvd.
Room # 564
Detroit, Michigan 48226

48226-271839