UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE SANDLAIN,

    Petitioner,

v.

Case No.: 2:24-cv-12501
Hon. Gershwin A. Drain

WARDEN, FCI MILAN,

    Respondent.
_____/

## ORDER DENYING MOTIONS [ECF Nos. 6, 7, 9, 10, 11, and 12]

On September 24, 2024, Blake Sandlain filed a 28 U.S.C. § 2241 Petition seeking an Order compelling the Bureau of Prisons to place him in a halfway house arguing he should have been released as early as September 10, 2024. On October 9, 2024, this Court dismissed the Petition without prejudice because Petitioner failed to first obtain permission from the Court to file the petition as required by his enjoined filer status in this Court. *See Sandlain v. United States*, No. 14-cr-20283, ECF 119. Petitioner has continued to file motions related to his request for release to a halfway house in violation of the Court's pre-filing restrictions. *See* ECF Nos. 6-7, 9-12. These motions will be denied for violating the Court's pre-filing restriction.

In any event, since the filing of his pending motions, Petitioner has transitioned to a halfway house. Any motions related to the petition's requested relief are also denied because they are moot.

Accordingly, Petitioner's pending motions [ECF Nos. 6-7, and 9-12] are DENIED.

SO ORDERED.

Dated: September 10, 2025              /s/Gershwin A. Drain
                                       GERSHWIN A. DRAIN
                                       United States District Judge